**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CALLIDUS CAPITAL CORPORATION<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:14-cv-00270 |
| ESCO MARINE, INC., ESCO METALS, LLC, ESCO SHREDDING, LLC, TEXAS BEST RECYCLING, LLC, TEXAS BEST EQUIPMENT, LLC, RICHARD JAROSS, EMJ HOLDINGS, LLC, ELKA JAROSS, ANDREW LEVY, REDSTONE CAPITAL CORP., ALBERTO GARCIA, and JOHN KRISTOPHER WOOD<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO APPOINT A RECEIVER AND NOTICE TO COURT OF INTENT TO FILE BANKRUPTCY**

Come Now Defendants in the above-entitled and numbered cause and would show the Court as follows:

1. Plaintiff filed its Emergency Motion for Appointment of a Receiver ("Emergency Motion"). Dkt. 39.

2. By Order dated March 3, 2015, the Court set the Emergency Motion for hearing on March 9, 2015 at 1:30 p.m. Dkt. 41. In the same Order, the Court instructed Defendants to file their Response, if any, to the Emergency Motion, no later than 5:00 p.m. on March 6, 2015.

3. Defendants ESCO Marine, Inc., ESCO Metals, LLC, ESCO Shredding, LLC, Texas Best Recycling, LLC, and Texas Best Equipment, LLC, (collectively, the "Debtors)

Defendants will be filing Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") no later than March 8, 2015.

4. These Chapter 11 filings stay all proceedings in this matter – including without limitation the hearing on Plaintiff's Motion for Appointment of a Receiver set for March 9, 2015 – pending further orders of the Bankruptcy Court or, in the alternative, this Court. *See* U.S.C. § 362.

5. Relief available in the bankruptcy proceedings may moot the Emergency Motion. Accordingly, Defendants will not respond to the Emergency Motion at this time, but will file an appropriate response when and if it becomes necessary.

6. Proposed bankruptcy counsel for the Debtors informed Plaintiff's counsel of the Debtors' intent to file for protection under Chapter 11 of the Bankruptcy Code via email on March 6, 2015. That email correspondence is attached hereto as *Exhibit A*.

7. No relief is requested in this pleading.

Respectfully submitted,

By:     */s/ Erin A. Hudson*
       Eduardo Roberto Rodriguez
       State Bar No. 00000080
       Federal ID No. 1944
       errodriguez@atlashall.com
       E. Michael Rodriguez
       State Bar No. 00791553
       Federal ID No. 18759
       mrodriguez@atlashall.com
       Erin A. Hudson
       State Bar No. 24059978
       Federal ID No. 1101277
       ehudson@atlashall.com
       **ATLAS, HALL & RODRIGUEZ, LLP**
       50 W. Morrison Road, Suite A
       Brownsville, Texas 78520
       Telephone: (956) 574-9333
       Facsimile: (956) 574-9337
       **ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel via the court's electronic filing system pursuant to the Federal Rules of Civil Procedure and via facsimile and email to counsel who has not entered an appearance in this matter on this the 6th day of March, 2015.

Bradley J. Benoit
Brad.benoit@bgllp.com
Ralph D. McBride
Ralph.mcbride@bgllp.com
Bryan S. Dumensnil
Bryan.dumesnil@bgllp.com
Jonathon K. Hance
Jonathon.hance@bgllp.com
**BRACEWELL & GIULIANI, LLP**
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: 713-223-2300
Facsimile: 713-221-1212


N. Peter Holzer
pholzer@jhwclaw.com
**Jordan, Hyden, Womble, Culbreth, & Holzer P.C.**
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Phone: 361- 884-5678
Fax: 361-888-5555


　　　　　　　　　　　　　　　　　　　　*/s/ Erin A. Hudson*