United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2015

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CALLIDUS CAPITAL CORPORATION, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL NO. 1:14-CV-270 |
| ESCO MARINE, INC., *et al.*, | § § | |
| Defendant. | § § | |

## ORDER

The Court is in receipt of Defendants ESCO Marine, Inc., ESCO Metals, LLC, ESCO Shredding, LLC, Texas Best Recycling, LLC, and Texas Best Equipment, LLC's (collectively "Debtors") Notice to Court of Intent to File Bankruptcy. *See* Dkt. No. 42. Debtors initiated bankruptcy proceedings on March 7, 2015. Dkt. No. 44.

The Court finds that this case has been automatically stayed due to the pending bankruptcy, and directs the Clerk to update the docket sheet accordingly. *See* 11 U.S.C. § 362; *Reliant Energy Servs., Inc. v. Enron Canada Corp.*, 349 F.3d 816, 825 (5th Cir. 2003). The Court **ORDERS** the parties to confer and file a joint status report regarding the bankruptcy action on or before May 11, 2015. The Court **CANCELS** any settings in this case, including the hearing on Plaintiff's Motion for Appointment of a Receiver set for March 9, 2015.

SIGNED this 9 day of March, 2015.

Hilda Tagle
Senior United States District Judge