**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CALLIDUS CAPITAL CORPORATION,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ESCO MARINE, INC., ESCO METALS,** | § | **Civil Action No. 1:14-cv-00270** |
| **LLC, ESCO SHREDDING, LLC, TEXAS** | § | |
| **BEST RECYCLING, LLC, TEXAS BEST** | § | |
| **EQUIPMENT, LLC, RICHARD** | § | |
| **JAROSS, EMJ HOLDINGS, LLC, ELKA** | § | |
| **JAROSS, ANDREW LEVY, REDSTONE** | § | |
| **CAPITAL CORP., ALBERTO GARCIA,** | § | |
| **and JOHN KRISTOPHER WOOD,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STATUS REPORT

On March 9, 2015, the Court entered an Order finding that this case has been automatically stayed due to the pending bankruptcy of ESCO Marine, Inc., ESCO Metals, LLC, ESCO Shredding, LLC, Texas Best Recycling, LLC, and Texas Best Equipment LLC. The Court further ordered the parties to confer and file a joint status report regarding the bankruptcy action on or before May 11, 2015. Accordingly, the parties respectfully file this joint status report as follows:

The bankruptcy cases remain pending in front of Bankruptcy Judge Richard Schmidt and the parties are actively engaged in the bankruptcy process. *See In re: ESCO Marine, Inc., et al*, Case No. 15-20107 (jointly administered). The parties believe this lawsuit remains stayed; none of the parties have asked the bankruptcy court for relief from the stay, although all reserve the right to seek such relief in the future.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By:      /s/ *Bradley J. Benoit*
         Bradley J. Benoit
         State Bar No. 24012275
         Southern District of Texas
         Bar No. 24495
         Attorney-In-Charge

         711 Louisiana Street, Suite 2300
         Houston, Texas 77002
         Telephone:  (713) 223-2300
         Facsimile:  (713) 221-1212
         brad.benoit@bgllp.com

OF COUNSEL:

**BRACEWELL & GIULIANI LLP**

Ralph D. McBride
State Bar No. 13332400
Bryan S. Dumesnil
State Bar No. 00793650
Jonathon K. Hance
State Bar No. 24065364
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:  (713) 223-2300
Facsimile:  (713) 221-1212
ralph.mcbride@bgllp.com
bryan.dumesnil@bgllp.com
jonathon.hance@bgllp.com

**DICKINSON WRIGHT PLLC**
Thomas G. McNeill
500 Woodward Avenue, Suite 4000
Detroit, Michigan, 48226

ATTORNEYS FOR PLAINTIFF

**ATLAS, HALL & RODRIGUEZ, LLP**

By:      /s/ *Michael Rodriguez*
         Eduardo Roberto Rodriguez
         State Bar No. 00000080
         Federal ID No. 1944
         errodriguez@atlashall.com
         E. Michael Rodriguez
         State Bar No. 00791553
         Federal ID No. 18759
         mrodriguez@atlashall.com
         Erin A. Hudson
         State Bar No. 24059978
         Federal ID No. 1101277
         ehudson@atlashall.com

**ATLAS, HALL & RODRIGUEZ, LLP**

50 W. Morrison Road, Suite A
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, a true and correct copy of this document was filed electronically with the Clerk of the United States District Court and forwarded electronically to all counsel.

/s/ *Bradley J. Benoit*
Bradley J. Benoit
Counsel for Plaintiff

3

#4890205.1